# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RALPH DUNCAN, | ) | |
| | ) | |
| Petitioner, | ) | Civil Action No. 16-561 |
| | ) | |
| v. | ) | Magistrate Judge Lisa Pupo Lenihan |
| | ) | |
| SUPERINTENDENT BARRY SMITH, | ) | |
| and THE ATTORNEY GENERAL | ) | |
| OF THE STATE OF PENNSYLVANIA, | ) | |
| | ) | |
| Respondents. | ) | |

## ORDER

Pending before the Court is a Motion for Stay (ECF No. 4) filed by Petitioner indicating that he is currently exhausting his claims in state court. Accordingly, this 10th of May 2016,

**IT IS HEREBY ORDERED** that the Motion for Stay (ECF No. 4) is **GRANTED**.

**IT IS FURTHER ORDERED** that the Clerk of Court shall administratively close this case.

**AND IT IS FURTHER ORDERED** that, in the event that Petitioner does not get the relief he seeks in state court, he shall file a motion to lift the stay and re-open this case within thirty (30) days of exhaustion of his state court remedies.

/s/ Lisa Pupo Lenihan
Lisa Pupo Lenihan
United States Magistrate Judge

Cc: Ralph Duncan
KZ1033
PO Box 1000
Houtzdale, PA 16698
*Via First Class U.S. Mail*

1